1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
9                        AT SEATTLE

10  PAMELA L. FRAZIER,            )
                                  )
11              Plaintiff,        )   CASE NO.  C05-288-RSL
                                  )
12       v.                       )   ORDER AWARDING PLAINTIFF
                                  )   ATTORNEY'S FEES PURSUANT
13  JO ANNE B. BARNHART,          )   TO THE EQUAL ACCESS TO
    Commissioner of Social Security, )   JUSTICE ACT
14                                )
                Defendant.        )
15  _____ )

16       Plaintiff has filed a motion for attorney's fees and costs to be paid by the Defendant

17  pursuant to the Equal Access to Justice Act (the "EAJA"), 28 U.S.C. § 2412(d), in the amount

18  of $5,831.76 in attorney's fees, $31.50 in costs and $8.35 in expenses for a total of $5,840.11.

19  Dkt. #18.  Defendant filed a response stating there is no objection to Plaintiff's request.  Dkt.

20  #20.

21       The Court finds that Plaintiff's request for attorney's fees and costs in the amount of

22  $5,840.11 is reasonable in light of the work performed and the result achieved.

23       It is therefore ORDERED that Plaintiff's motion (Dkt. #18) is GRANTED and Plaintiff's

24  counsel is awarded attorney fees in the amount of $5,831.76, costs of in the amount

25

26  ORDER - 1

of $31.50 and expenses in the amount of $8.35 pursuant to the EAJA, 28 U.S.C. § 2412(d), for a total award of $5,840.11.

DATED this 14th day of October, 2005.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

RECOMMENDED FOR ENTRY
this 11th day of October, 2005:


   /s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

ORDER - 2